**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-00112-REB-KMT

LISA CARNES,

    Plaintiff,

v.

COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, a Delaware limited liability company,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Stipulation For Dismissal With Prejudice** [#36][1] filed October 28, 2013. After reviewing the stipulation and the record, I conclude that the stipulation should be approved, and that this action should be dismissed with prejudice with each party to bear their own attorney fees and costs.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation For Dismissal With Prejudice** [#36] filed October 28, 2013, is **APPROVED**;

    2. That the Final Pretrial Conference and Trial Preparation Conference set January 10, 2014, are **VACATED**;

    3. That the jury trial set to commence January 27, 2014, is **VACATED**; and

---

[1] "[#36]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

     4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

     Dated October 29, 2013, at Denver, Colorado.

**BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge